UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PALWINDER LIDDER,                          )     1:09-CV-1302-AWI-DLB
                                           )
              Plaintiff,                    )
                                           )     **ORDER RE UNOPPOSED**
       v.                                  )     **MOTION TO**
                                           )     **CONTINUE HEARING DATE**
JANET NAPOLITANO, *et al.*,                 )
                                           )
              Defendants.                   )
_____)

     IT IS HEREBY ORDERED that Defendants' motion to continue hearing date is

granted, and the initial scheduling conference is now set for November 24, 2009 at

9:45 am before Magistrate Judge Beck.


     IT IS SO ORDERED.

    **Dated:**   **October 9, 2009**        **/s/ Dennis L. Beck**
                             UNITED STATES MAGISTRATE JUDGE