BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALWINDER LIDDER, | No. 1:09-CV-1302 AWI DLB |
| Plaintiff, | JOINT STIPULATION AND ORDER RESETTING SCHEDULING CONFERENCE. |
| v. | Date: November 24, 2009 |
| Janet Napolitano, Secretary of Homeland Security, et al. | Time: 9:45am<br>Honorable Dennis L. Beck |
| Defendants. | |

The parties respectfully request that the Court continue the scheduling conference in this matter, currently set for November 24, 2009, to January 5, 2010 at 9:45 am, or sometime thereafter. The reason for the request is that it is anticipated that the matter will be resolved at the administrative level in the near future, obviating the need for setting a full trial schedule.

DATED: November 19, 2009            Respectfully submitted,
                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    _/s/ Audrey B. Hemesath_____
                                    Audrey B. Hemesath
                                    Assistant U.S. Attorney


                                    /s/ James M. Makasian
                                    James M. Makasian
                                    Attorney for the Plaintiff

   IT IS SO ORDERED.

   Dated:   **November 23, 2009**            _____**/s/ Dennis L. Beck**_____
                                             UNITED STATES MAGISTRATE JUDGE